AUDREY HARVEY, Respondent, v. CHARLES HARVEY, Appellant.— The award is excessive in relation to the nature and extent of the services and the amount of the defendant's income. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

In the Matter of JACK WEISS, Respondent. MEYER RUBIN, Doing Business under the Name of PARKSIDE MEAT MARKET, Appellant.— (Develin v. Cooper, 84 N. Y. 410, 418.) Carswell, Johnston, Taylor and Close, JJ., concur; Lazansky, P. J., dissents and votes to reverse the order and to deny the motion. (Matter of Perine, 158 Misc. 597; Matter of Berman, 244 App. Div. 95.)

GARABED KESHISHIAN et al., Respondents, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— No opinion. Present — Lazansky, P. J., Carswell, Johnston Taylor and Close, JJ.

HARRY O. McCARTHY, Respondent, v. MARY M. McCARTHY, Appellant.— We are of opinion that a new trial should not be granted, for none is needed, as the action has been tried, although not yet decided. Hagarty, Carswell and Close, JJ., concur; Lazansky, P. J., and Adel, J., dissent and vote to affirm. (Corr v. Hoffman, 256 N. Y. 254, 267.)